No. 75–1143.  YEE *v.* CHUN ET AL.  Sup. Ct. Haw. Certiorari denied.

No. 75–1147.  GLAZERS WHOLESALE DRUG CO., INC. *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 5th Cir. Certiorari denied.

No. 75–1161.  COHOES HOUSING AUTHORITY *v.* IPPO-LITO-LUTZ, INC.  App. Div., Sup. Ct. N. Y., 3d Jud. Dept.  Certiorari denied.

No. 75–1168.  SOUTHERN PACIFIC TRANSPORTATION Co. *v.* LUECK.  Sup. Ct. Ariz.  Certiorari denied.

No. 75–1169.  GABRIEL *v.* LEVIN ET AL.  C. A. 2d Cir. Certiorari denied.

No. 75–1179.  RUTLAND ENVIRONMENTAL PROTECTION ASSN. ET AL. *v.* KANE COUNTY ET AL.  App. Ct. Ill., 2d Dist.  Certiorari denied.

No. 75–1195.  TAMS-WITMARK MUSIC LIBRARY, INC. *v.* MUNICIPAL COURT, SACRAMENTO MUNICIPAL COURT DISTRICT, COUNTY OF SACRAMENTO.  Ct. App. Cal., 3d App. Dist.  Certiorari denied.

No. 75–1196.  GILBERT *v.* AMERICAN EAGLE TANKER CORP.  C. A. 2d Cir.  Certiorari denied.

No. 75–5881.  BERARD *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 75–5935.  BERGER ET AL. *v.* NORTH DAKOTA.  Sup. Ct. N. D.  Certiorari denied.